UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHAW ENVIRONMENTAL & ) <br> INFRASTRUCTURE, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 4:09CV1379  HEA |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 18th day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE